# United States Court of Appeals
## For the First Circuit

No. 12-2489

UNITED STATES OF AMERICA,

Appellee,

v.

SHAWN SAYER,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on May 2, 2014 is amended as follows:

On page 3, line 2, "." is inserted after "Doe".

On page 5, line 16, "in November" is replaced with "of November".

On p. 19, l. 9, "<u>City of N.Y.</u>" is replaced with "<u>City of New York</u>".

On page 19, line 25, "," is inserted after "injury)".

On page 19, lines 25-26, "(<u>vacated on other grounds</u>, 543 U.S. 1182 (2005))" is replaced with "<u>vacated on other grounds</u>, 543 U.S. 1182 (2005)".